(Docket Entry No. 68)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

```
_____  :
                                :
W. DAVID MOTSON,                :
                                :
              Plaintiff,        :    Civil No. 03-1067 (RBK)
                                :
         v.                     :    ORDER
                                :
FRANKLIN COVEY CO.,             :
                                :
              Defendant.        :
_____  :
```

THIS MATTER having come before the Court upon motion by Defendant Franklin Covey Co. for a stay of all proceedings in the above-captioned case pending reexamination of United States Patent No. 6,264,029 ("the patent-in-suit") by the Patent and Trademark Office ("PTO"); and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Franklin Covey Co.'s motion for a stay is **GRANTED**; and

IT IS FURTHER ORDERED that all proceedings in the above-captioned matter shall be stayed until such time as the PTO completes its reexamination of the patent-in-suit.

Dated:  12-16-05              _____s/ Robert B. Kugler_____
                             ROBERT B. KUGLER
                             United States District Judge