IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

---

W. DAVID MOTSON,

        Plaintiff,

        v.

FRANKLIN COVEY CO.,

        Defendant.

CIVIL ACTION NO. 03-1067 (RMB)

---

AFFINITY INC.

        Plaintiff,

        v.

W. DAVID MOTSON,

        Defendant.

CIVIL ACTION NO. 04-3585 (RMB)

---

It being reported to the court that all parties herein have resolved their differences and have entered into a formal Settlement Agreement. In accordance with the Agreement and with the consent of the parties as indicated below:

IT IS on this 13th day of May, 2008, ORDERED THAT:

1. The April 8, 2005 Opinion and Order of this court granting Summary Judgment of Non-Infringement are hereby vacated.

2. All claims and counterclaims are dismissed, with prejudice.

3. The court shall retain jurisdiction for the purpose of resolving any dispute arising out of or relating to the Settlement Agreement between the parties.

*(signature)*
RENEE MARIE BUMB, U.S.D.J.

CONSENTED TO:

*(signature)*
Norman E. Lehrer
Norman E. Lehrer, P.C.
1205 North Kings Highway
Cherry Hill, NJ 08034
Attorneys for W. David Motson

*(signature)*
Donna M. Brennan-Scott
McShea Tecce, P.C.
1717 Arch Street
Philadelphia, PA 19103
Attorneys for Franklin Covey Co.
And Affinity Inc.